FORM notthrg

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:                                                            Case No.: 0:19–bk–11236–PS

TODD MICHAEL MCLAUCHLAN            Chapter: 7
2010 DEER RUN PL
LAKE HAVASU CITY, AZ 86404
SSAN: xxx–xx–3166
EIN:

Debtor(s)

## NOTICE OF TELEPHONIC HEARING

A hearing in the above–captioned case will be held on **3/3/22** at **10:00 AM** before the **Honorable Paul Sala.** Any interested party is to appear by telephone. Interested parties are to call **877–402–9757** to appear for the hearing. The access code is **4376956**. The **Honorable Paul Sala** will consider and/or act upon the following matter(s) at the hearing:

STATUS HEARING

Date: February 4, 2022

Address of the Bankruptcy Clerk's Office:           Clerk of the Bankruptcy Court:
U.S. Bankruptcy Court, Arizona
230 North First Avenue, Suite 101                 George Prentice
Phoenix, AZ 85003–1727
Telephone number: (602) 682–4000
www.azb.uscourts.gov