KENNETH E. MOYER, ESQ.
LAW OFFICE OF KENNETH E. MOYER, PLLC
1845 McCulloch Boulevard, Suite A-10
Lake Havasu City, AZ 86403
Attorney for Movant/Debtor
928/505-4906
State Bar I.D. #012533
kenmoyer@frontier.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In Re: | ) | Chapter 7 Proceedings |
| | ) | |
| TODD MICHAEL MCLAUCHLAN, | ) | Case No.: 0:19-bk-11236-PS |
| | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | MOTION TO AVOID LIEN |
| TODD MICHAEL MCLAUCHLAN, | ) | OF PACIFIC WESTERN BANK |
| | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| PACIFIC WESTERN BANK , | ) | |
| | ) | |
| Respondent. | ) | |

Movant TODD MICHAEL MCLAUCHLAN ("Movant"), by and through

undersigned counsel, pursuant to 11 U.S.C. § 522(f) and Federal Rules of Bankruptcy

Procedure Rule 4003(d) and 9014 and Local Bankruptcy Rule 4003-2 hereby requests the

Court to enter an Order voiding the lien held by PACIFIC WESTERN BANK ("PWB")

("Respondent") to the extent the judgment lien impaired the Debtor's homestead exemption..

In support of this Motion, the Debtor states as follows:

        1.    This Court has jurisdiction over this matter pursuant to 28 U.S.C. §

1334(a).  This matter is a core proceeding as provided by 28 U.S.C. § 157(b)(2)(K).

km
Law Office of Kenneth E.
Moyer, PLLC
1845 McCulloch Blvd.
Suite A-10
Lake Havasu City, AZ
86403

1

Motion to Avoid Lien-McLauchlan

Case 0:19-bk-11236-PS    Doc 135    Filed 03/02/22    Entered 03/02/22 08:43:01    Desc
Main Document      Page 1 of 15

2. Debtor filed for protection under Chapter 7 of the United States Bankruptcy Code on September 4, 2019. Lawrence J. Warfield was appointed as the Chapter 7 Trustee.

3. As set forth in Debtor's Schedules, Debtor at the time of the bankruptcy filing, owned certain real property which real property constituted Debtor's residence located at 2010 Deer Run Pl., Lake Havasu City, Arizona (the "Residence").

4. The Residence was the subject of a lien represented by a Deed of Trust in favor of M & T Bank in the approximate amount of $376,677.00 at the time of filing the bankruptcy. The M & T Bank Deed of Trust (previously held by Bank of America) was recorded in the Mohave County Recorder's Office on December 10, 2007 at Fee No. 2007102694. The Deed of Trust was assigned to M & T Bank pursuant to an assignment of Deed of Trust recorded on February 22, 2012 in the Mohave County Recorder's Office at Fee# 2012008568.

5. The Residence was also the subject of a judgment lien in favor of Respondent in the sum of $461,890.33 as of May 21, 2015 plus interest thereon as provided in the judgment. The judgment was recorded in the Mohave County Recorder's Office on May 21, 2015 at Fee No. 2015022883. A true and correct copy of the judgment and recording information is attached hereto as Exhibit "A" and incorporated herein. Respondent's proof of claim lists a total debt of $668,482.14 of which it claims $552,497.05 is secured.

6. Movant is entitled to an exemption in the Residence in the amount of $150,000.00 pursuant to A.R.S. § 33-1101 et seq.

7. The Residence had a fair market value at the time of filing the bankruptcy of approximately $530,000.00 as listed on Debtor's Schedule A.

km
Law Office of Kenneth E.
Moyer, PLLC
1845 McCulloch Blvd.
Suite A-10
Lake Havasu City, AZ
86403

Motion to Avoid Lien-McLauchlan

2

Case 0:19-bk-11236-PS    Doc 135    Filed 03/02/22    Entered 03/02/22 08:43:01    Desc
Main Document    Page 2 of 15

8. On or about March 5, 2020, the Court entered an Order approving the Trustees' Motion to Compromise which, in part, provided for Debtor to pay to the Trustee $10,000.00 for the Bankruptcy Estate's interest in the Residence.

9. Thereafter, on or about August 14, 2020, Debtor sold the Residence for $625,000.00. Pursuant to an Escrow Agreement In Lieu of Foreclosure ("Escrow Agreement") entered into between PWB and the Debtor, PWB agreed to release the judgment lien to allow the sale to occur. PWB also agreed that with respect to the net sale proceeds, Debtor would receive $150,000.00 as and for his homestead exemption and the balance of $56,884.60 ("Excess Proceeds") would be held in Debtor's counsel's trust account pending resolution of PWB's claim to the Excess Proceeds.

10. Pursuant to 11 U.S.C. § 522(f)(2)(A), a lien shall be considered to impair an exemption to the extent that the sum of 1) the lien, 2) all other liens on the property, and 3) the amount of the exemption that the Debtor could claim if there were no liens on the property exceeds the value that the Debtor's interest in the property would have in the absence of any liens. Pursuant to 11 U.S.C. § 522(f)(2)(B) in the case of a property subject to more than one lien, a lien that has been avoided shall not be considered in making the calculation under paragraph A with respect to other liens.

11. The total liens on the Residence as of the bankruptcy filing date were approximately $376,677.00 not including Respondent's judgment lien. If Respondent's judgment lien is included, the total liens on the Residence as of the bankruptcy filing were $929,174.05 utilizing the secured claim amount listed by PWB in its proof of claim. Adding the $150,000.00 homestead exemption to the total lien amount results in an amount of $1,079,174.05. Subtracting from this amount the value of the Residence on the date of filing results in $549,174.05 which is the amount of the judgment lien that can be avoided.

km
Law Office of Kenneth E.
Moyer, PLLC
1845 McCulloch Blvd.
Suite A-10
Lake Havasu City, AZ
86403

Motion to Avoid Lien-McLauchlan

3

Subtracting this amount from PWB's secured claim amount of $552,497.05 leaves an amount of $3,3323.00 which is not impaired.

12. The Escrow Agreement provides in part:

8. <u>Judgment Lien Resolution.</u> Without limiting any rights, remedies, claims or defenses of the parties, except as otherwise provided herein, the Parties agree to the following:

(a) The Equity Proceeds ($56,884.60) shall be deemed subject to Creditor's enforcement of the Judgment Lien (to the extent allowed by applicable law) and the Equity Proceeds shall be conditioned and reserved for the payment of the Judgment as an *in rem* remedy against the Property (Residence), which would have been rendered against the Property for the enforcement of the Judgment Lien to the extent allowed by applicable law.

13. In light of the Order approving the Trustees' Motion to Compromise in regards to the Residence, Debtor is entitled to any post-petition appreciation in the Residence other than the $10,000.00 paid to the Trustee.

14. Based on the foregoing, the lien held by Respondent is avoidable under applicable law except for $3,323.00.

WHEREFORE, Debtor respectfully requests the Court to enter an Order avoiding the lien held by Pacific Western Bank except for $3,323.00, directing that $53,561.60 of the Equity Proceeds be distributed to the Debtor and granting such other and further relief as is fair and equitable.

RESPECTFULLY SUBMITTED this 2nd day of March, 2022.

LAW OFFICE OF KENNETH E. MOYER, PLLC
1845 McCulloch Blvd., Suite A-10
Lake Havasu City, AZ 86403

/s/ Kenneth E. Moyer
Kenneth E. Moyer,
Attorney for Debtor/Movant

km
Law Office of Kenneth E.
Moyer, PLLC
1845 McCulloch Blvd.
Suite A-10
Lake Havasu City, AZ
86403

Motion to Avoid Lien-McLauchlan

4

Case 0:19-bk-11236-PS    Doc 135    Filed 03/02/22    Entered 03/02/22 08:43:01    Desc
Main Document    Page 4 of 15

| | |
|---|---|
| 1 | |
| 2 | A copy of the foregoing mailed this 2nd day of March, 2022 to: |
| 3 | |
| 4 | U.S. Trustee<br>Office of the U.S. Trustee |
| 5 | 230 N. First Ave., Ste. 204<br>Phoenix, AZ  85003-1706 |
| 6 | |
| 7 | |
| 8 | Lawrence Warfield<br>Chapter 7 Trustee<br>PO Box 3350 |
| 9 | Carefree, AZ 85377 |
| 10 | |
| 11 | James L. Ugalde<br>JENNINGS HAUG & CUNNINGHAM, L.L.P. |
| 12 | 2800 N. Central Ave., Suite 1800<br>Phoenix, AZ 85004-1049 |
| 13 | Attorney for Pacific Western Bank |
| 14 | Terry Dake<br>PO Box 26945 |
| 15 | Phoenix, AZ 85068-6945 |
| 16 | |
| 17 | |
| 18 | By /s/Tamie Larsen |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |

km

Law Office of Kenneth E.

Moyer, PLLC

1845 McCulloch Blvd.

Suite A-10

Lake Havasu City, AZ

Motion to Avoid Lien-McLauchlan

5

1

2

3

4

5

6

# Exhibit "A"

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

km

Law Office of Kenneth E.

Moyer, PLLC

1845 McCulloch Blvd.

Suite A-10

Lake Havasu City, AZ

Motion to Avoid Lien-McLauchlan

6

FILED

BY: _____

2015 APR 24 AM 9: 36

VIRLYNN TINNELL
SUPERIOR COURT CLERK

**FREDENBERG BEAMS**
Daniel E. Fredenberg – 020158
Christian C. M. Beams – 019672
One East Camelback, Suite 550
Phoenix, Arizona 85012
Telephone: 602/595-9299
Email: dfredenberg@fblegalgroup.com
Email: cbeams@fblegalgroup.com

Attorneys for Plaintiff

## SUPERIOR COURT OF THE STATE OF ARIZONA
## COUNTY OF MOHAVE

PACIFIC WESTERN BANK, a California state chartered bank,

    Plaintiff/Judgment Creditor,

v.

TODD MC LAUCHLAN, individually and as Trustee under Declaration of Trust dated September 28, 2004; and LISA A. MC LAUCHLAN, individually and as Trustee under declaration of Trust dated September 28, 2004.

    Defendants/Judgment Debtors.

Case No. CV 2015-07103

**NOTICE OF FILING FOREIGN JUDGMENT**



**FEE# 2015022883**

OFFICIAL RECORDS
OF MOHAVE COUNTY
CAROL MEIER,
COUNTY RECORDER

05/21/2015 01:25 PM Fee: $14.00

PAGE: 1 of 9

TO:   Todd Mc Lauchlan
       Lisa A. Mc Lauchlan
       2010 Deer Run Place
       Lake Havasu City, AZ 86404

YOU ARE HEREBY GIVEN NOTICE that, pursuant to A.R.S. §§ 12-1701 through 12-1708, the above-named Judgment Creditor has filed a Foreign Judgment (copy attached hereto as Exhibit "A") as described below in the office of the Clerk of the Superior Court of Arizona, in Mohave County, and that the name and address of the Judgment Creditor and the Judgment Creditor's attorneys are set forth below:

Court in which Judgment was entered:      Superior Court,
                                   San Diego County, California

| | |
|---|---|
| Case No.: | 37-2013-37196-CU-BC-CTL |
| Judgment Creditor's name and address: | Pacific Western Bank<br>c/o Christian C.M. Beams and<br>Daniel E. Fredenberg<br>Fredenberg Beams<br>One East Camelback Rd., Suite 550<br>Phoenix, AZ 85012 |
| Judgment Debtor's name and address: | Todd Mc Lauchlan and<br>Lisa A. Mc Lauchlan, individually as and<br>Trustees under Declaration of Trust dated<br>September 28, 2004<br>2010 Deer Run Place<br>Lake Havasu City, AZ 86404 |
| Amount of Judgment: | $461,890.33 |
| Date of Judgment: | March 3, 2015 |
| Name and address of Attorneys<br>for Judgment Creditors: | Christian C.M. Beams<br>Daniel E. Fredenberg<br>Fredenberg Beams<br>One East Camelback Rd., Suite 550<br>Phoenix, AZ 85012 |

RESPECTFULLY SUBMITTED this /15th/ th day of April, 2015.

**FREDENBERG BEAMS**

By: _____

Christian C. M. Beams
Daniel E. Fredenberg
Attorneys for Plaintiff/Judgment Creditor
Pacific Western Bank

STATE OF ARIZONA }
COUNTY OF MOHAVE } ss.

I, VIRLYNN ___ Clerk of the
Superior Court of the State of Arizona
in and for the County of Mohave do
hereby certify the foregoing to be a
full, true and correct copy of the
original ___ office.
WITNESS my hand and seal of said Court this
21st day of May, 2015.
___ Deputy Clerk

2

1 | **ORIGINAL** of the foregoing filed this
2 | _15_ th day of April, 2015, with:

3 | Clerk of Superior Court
  | Mohave County Superior Court
4 | 2001 College Drive
  | Lake Havasu City, AZ 86404
5 |

6 |
  | COPIES of the forgoing sent by mail this
7 | _15_ th day of April, 2015 to the
8 | following:

9 | Todd Mc Lauchlan
  | Lisa A. Mc Lauchlan
10 | 2010 Deer Run Place
11 | Lake Havasu City, AZ  86404

12 | By: _____
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |

3

Unofficial Copy



# EXHIBIT A

Case Number : _37-2013-37196-CU-BC-CTL___    Case Name    : _Pacific Western Bank vs. Todd Mclachlan_

I, **MICHAEL RODDY**, Clerk of the Superior Court of the State of California for the County of San Diego, which is a court of record having a seal, certify that by law I have custody of the seal and all the records, books and documents of or pertaining to said court.

I further certify that the document or documents described below and annexed hereto contains a full, true and correct copy of the original document or documents of or pertaining to the Superior Court which is/are on file in my office.

DEFAULT JUDGMENT BY COURT filed on March 3, 2015 ********************************************************************
***************************************************************************************************************************
***************************************************************************************************************************
***************************************************************************************************************************
***************************************************************************************************************************
****************************

WITNESS my hand and the seal of the court this

_27th_____    day of _March_____, 2015

MICHAEL RODDY
Clerk of the Superior Court of the State of California
for the County of San Diego

I, **DAVID DANIELSEN**, Judge of the Superior Court of the State of California for the County of San Diego, certify that **MICHAEL RODDY** whose signature is affixed to the above certificate, is the Clerk of the Superior Court of the State of California for said County. As such clerk, he is the proper certifying officer of the court, and by law has custody of the seal and all the records, books and documents of or pertaining to the court, and his certificate is in due form as used in this state.

IN WITNESS WHEREOF I have hereunto set my hand this

_27th_____    day of _March_____, 2015

DAVID DANIELSEN
Judge of the Superior Court of the State of California
for the County of San Diego

I, **MICHAEL RODDY**, Clerk of the Superior Court of the State of California for the County of San Diego which is a court of record having a seal, certify that the Honorable **DAVID DANIELSEN**, whose name is subscribed to the above certificate of qualification, was at the date thereof a Judge of the Superior Court of the State of California, for the County of San Diego, duly appointed or elected and qualified and acting; that said judge is authorized to make such certificates; that full faith and credit are due the official acts as such judge. I further certify that the signature subscribed on the certificate is genuine and that the certificate is executed according to the laws of the State of California.

WITNESS my hand and the seal of the court this

_27th_____    day of _March_____, 2015

MICHAEL RODDY
Clerk of the Superior Court of the State of California
for the County of San Diego

73

8029.0097

JUD-100

**ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, state bar number, and address):*
TIMOTHY J. SILVERMAN, SBN 145264
HOLLY J. NOLAN, SBN 140775
SOLOMON, GRINDLE, SILVERMAN & WINTRINGER, APC
12651 HIGH BLUFF DRIVE, SUITE 250
SAN DIEGO, CA 92130
TELEPHONE NO.: 858-793-8500    FAX NO. *(Optional):* 858-793-8263
E-MAIL ADDRESS *(Optional):*
ATTORNEY FOR *(Name):* PACIFIC WESTERN BANK

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** SAN DIEGO
STREET ADDRESS: 330 WEST BROADWAY
MAILING ADDRESS:
CITY AND ZIP CODE: SAN DIEGO, CA 92101
BRANCH NAME: Central Division

PLAINTIFF: PACIFIC WESTERN BANK, a California state-chartered bank
DEFENDANT: TODD MCLAUCHLAN, individually, et al.

**FOR COURT USE ONLY**

F I L E D
Clerk of the Superior Court
MAR 03 2015
By: D. JELLISON, Deputy

**JUDGMENT**

☐ By Clerk    ☒ By Default    ☐ After Court Trial
☒ By Court    ☐ On Stipulation    ☐ Defendant Did Not Appear at Trial

CASE NUMBER:
37-2013-00037196-CU-BC-CTL

**JUDGMENT**

1. ☒ **BY DEFAULT**
   a. Defendant was properly served with a copy of the summons and complaint.
   b. Defendant failed to answer the complaint or appear and defend the action within the time allowed by law.
   c. Defendant's default was entered by the clerk upon plaintiff's application.
   d. ☐ Clerk's Judgment (Code Civ. Proc., § 585(a)). Defendant was sued only on a contract or judgment of a court of this state for the recovery of money.
   e. ☒ Court Judgment (Code Civ. Proc., § 585(b)). The court considered
      (1) ☐ plaintiff's testimony and other evidence.
      (2) ☒ plaintiff's written declaration (Code Civ. Proc., § 585(d)).

2. ☐ **ON STIPULATION**
   a. Plaintiff and defendant agreed (stipulated) that a judgment be entered in this case. The court approved the stipulated judgment and
   b. ☐ the signed written stipulation was filed in the case.
   c. ☐ the stipulation was stated in open court    ☐ the stipulation was stated on the record.

3. ☐ **AFTER COURT TRIAL.** The jury was waived. The court considered the evidence.
   a. The case was tried on *(date and time):*
      before *(name of judicial officer):*
   b. Appearances by:
      ☐ Plaintiff *(name each):*          ☐ Plaintiff's attorney *(name each):*
         (1)                                  (1)
         (2)                                  (2)
      ☐ Continued on Attachment 3b.
      ☐ Defendant *(name each):*          ☐ Defendant's attorney *(name each):*
         (1)                                  (1)
         (2)                                  (2)
      ☐ Continued on Attachment 3b.
   c. ☐ Defendant did not appear at trial. Defendant was properly served with notice of trial.
   d. ☐ A statement of decision (Code Civ. Proc., § 632) ☐ was not ☐ was    requested.

Page 1 of 2

VIA FAX

Form Approved for Optional Use
Judicial Council of California
JUD-100 [New January 1, 2002]

**JUDGMENT**

Legal Solutions Plus

Code of Civil Procedure, §§ 585, 664.6

| | PLAINTIFF PACIFIC WESTERN BANK, a California state-chartered bank | CASE NUMBER 37-2013-00037196-CU-BC-CTL |
|---|---|---|
| | DEFENDANT TODD MCLAUCHLAN, individually et al | |

JUDGMENT IS ENTERED AS FOLLOWS BY:  [X] THE COURT  [ ] THE CLERK

4  [ ] Stipulated Judgment. Judgment is entered according to the stipulation of the parties

5  Parties. Judgment is

a [X] for plaintiff *(name each)* Pacific Western Bank a California state-chartered bank

and against defendant *(names)*. See Attachment 5a attached hereto and incorporated herein by this reference.
[X] Continued on Attachment 5a

b [ ] for defendant *(name each)*

c [ ] for cross-complainant *(name each)*.

and against cross-defendant *(name each)*

[ ] Continued on Attachment 5c

d [ ] for cross-defendant *(name each)*

6  Amount

a [X] Defendant named in item 5a above must pay plaintiff on the complaint

| | | | |
|---|---|---|---|
| (1) X | Damages | $ 389,510.52 |
| (2) X | Prejudgment interest at the annual rate of 10 % | $ 64,487.20 |
| (3) X | Attorney fees | $ 4,185.00 |
| (4) X | Costs | $ 535.00 |
| (5) X | Other *(specify)*. Late Fees & Appraisal Fees | $ 3,172.61 |
| (6) | TOTAL | $ 461,890.33 |

c [ ] Cross-defendant named in item 5c above must pay cross-complainant on the cross-complaint

| | | |
|---|---|---|
| (1) [ ] Damages | $ |
| (2) [ ] Prejudgment interest at the annual rate of % | $ |
| (3) [ ] Attorney fees | $ |
| (4) [ ] Costs | $ |
| (5) [ ] Other *(specify)* | $ |
| (6) TOTAL | $ |

b [ ] Plaintiff to receive nothing from defendant named in item 5b
[ ] Defendant named in item 5b to recover costs $
[ ] and attorney fees $

d [ ] Cross-complainant to receive nothing from cross-defendant named in item 5d
[ ] Cross-defendant named in item 5d to recover costs $
[ ] and attorney fees $

7 [ ] Other *(specify)*.

Date 3-3-15                          X _____ JOEL R. WOHLFEIL
                                              JUDICIAL OFFICER

Date _____              Clerk, by _____, Deputy

CLERK'S CERTIFICATE *(Optional)*

I certify that this is a true copy of the original judgment on file in the court

Date:

[SEAL]

Clerk by _____ Deputy

Page 2 of 2

JUD-100 [Rev January 1 2002]              JUDGMENT

TO:
LISA A. M...



*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Page ____ of ____

*(Add pages as required)*

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev July 1, 2009]

**ATTACHMENT
to Judicial Council Form**



## JUDGMENT INFORMATION STATEMENT

Plaintiff/Judgment Creditor, Pacific Western Bank, by and through its attorneys of record, provides the following information concerning Defendants/Judgment Debtors, Todd Mc Lauchlan, individually and as Trustee under Declaration of Trust dated September 28, 2004; and Lisa A. Mc Lauchlan, individually and as Trustee under declaration of Trust dated September 28, 2004.

1.    The correct name and last known address of each judgment debtor and the address at which each judgment debtor received the summons by personal service or by mail.

    Todd Mc Lauchlan, individually and as
    Trustee under Declaration of Trust dated
    September 28, 2004; and Lisa A. Mc
    Lauchlan, individually and as Trustee under
    declaration of Trust dated September 28,
    2004

    2010 Deer Run Place
    Lake Havasu City, AZ  86404

2.    The name and address of the judgment creditor.

    Pacific Western Bank
    c/o Fredenberg Beams
    One East Camelback Rd., Suite 550
    Phoenix, AZ  85012

3.    The amount of the judgment or decree as entered or as most recently renewed.

    $461,890.33

4.    If the judgment debtor is a natural person, the judgment debtor's social security number, date of birth and driver license number.

    N/A

5.    No stay of enforcement has been ordered by the court with respect to this Judgment.