# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

| | |
|---|---|
| **Debtor:** | TODD MICHAEL MCLAUCHLAN |
| **Case Number:** | 0:19-BK-11236-PS    **Chapter:** 7 |
| **Date / Time / Room:** | THURSDAY, MARCH 03, 2022 10:00 AM   TELEPHONIC HRGS |
| **Bankruptcy Judge:** | PAUL SALA |
| **Courtroom Clerk:** | MARGARET KELLY |
| **Reporter / ECR:** | RUTH CARMONA |

## *Matter:*

STATUS HEARING

**R / M #:**    131 / 0

## *Appearances:*

KENNETH E. MOYER, ATTORNEY FOR TODD MICHAEL MCLAUCHLAN
JAMES L UGALDE, ATTORNEY FOR PACIFIC WESTERN BANK

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

(continue)...    0:19-BK-11236-PS            THURSDAY, MARCH 03, 2022 10:00 AM

## *Proceedings:*

Mr. Moyer states that the Debtor filed a motion to avoid lien of Pacific Western Bank. Mr. Moyer believes the issues are addressed in the motion.

Mr. Ugalde responds that he will be filing an objection to the Debtor's motion to avoid lien and requests a briefing scheduled. Mr. Ugalde states he can file a response in three weeks.

Mr. Moyer states that he can file his reply in two weeks after the response is filed.

COURT: IT IS ORDERED PACIFIC WESTERN BANK SHALL FILE A RESPONSE TO DEBTOR'S MOTION TO AVOID LIEN NO LATER THAN MARCH 28, 2022 WITH THE DEBTOR'S REPLY DUE NO LATER THAN APRIL 11, 2022.

IT IS FURTHER ORDERED SETTING ORAL ARGUMENT BY ZOOMGOV FOR APRIL 21, 2022 AT 10:00 A.M.

Topic: ORAL ARGUMENT, 19-11236 TODD MICHAEL MCLAUCHLAN
Time: Apr 21, 2022 10:00 AM Arizona

Join ZoomGov Meeting
<https://www.zoomgov.com/j/1608102471?pwd=RGVWWFpYRzBXZmJhc0lscmV6NmFHQT09>

Meeting ID: 160 810 2471
Passcode: 267404

Copies mailed by the BNC to:

**KENNETH E. MOYER**
LAW OFFICE OF KENNETH E MOYER, PLLC
1845 MCCULLOCH BLVD., SUITE A10
LAKE HAVASU CITY, AZ 86403

**JAMES L UGALDE**
Jennings Haug Keleher McLeod, LLP
2800 North Central Avenue
Suite 1800
Phoenix, AZ 85004