# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

### *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | TODD MICHAEL MCLAUCHLAN | | |
| **Case Number:** | 0:19-BK-11236-PS | **Chapter:** | 7 |
| **Date / Time / Room:** | TUESDAY, MAY 24, 2022 10:00 AM TELEPHONIC HRGS | | |
| **Bankruptcy Judge:** | PAUL SALA | | |
| **Courtroom Clerk:** | MARGARET KELLY | | |
| **Reporter / ECR:** | RUTH CARMONA | | |

### *Matter:*

STATUS HEARING

**R / M #:** 131 / 0

### *Appearances:*

KENNETH E. MOYER, ATTORNEY FOR TODD MICHAEL MCLAUCHLAN
JAMES L UGALDE, ATTORNEY FOR PACIFIC WESTERN BANK

### *Proceedings:*

Mr. Moyer states that a valuation of the property from when the case was filed is needed. Mr. Moyer has suggested that a realtor may be able to provide a value, but otherwise a residential appraiser may take several months.

Mr. Ugalde states that the idea is to continue this matter for forty five days to get the property's valuation from a broker.

The Court notes that if the matter is not settled in forty five days, the matter will move forward and the parties should be prepared to set a trial date at the next hearing.

COURT: IT IS ORDERED SETTING A CONTINUED TELEPHONIC STATUS HEARING FOR JULY 6, 2022 AT 1:30 P.M.

Case 0:19-bk-11236-PS   Doc 148   Filed 05/24/22   Entered 05/24/22 11:20:01   Desc
Main   Page 1 of 1

05/24/2022 11:19:42AM